(1971). *Tillinghast, Collins & Graham, James A. Jackson,* for plaintiff-respondent. *Natale L. Urso,* for Barrington Teachers Association. *Vincent Kane,* for Rhode Island State Labor Relations Board, defendants-petitioners.

M. P. No. 76-99. VITO DeLUCA *v.* JAMES W. MULLEN, *Warden.* Petition for writ of habeas corpus is granted for hearing on right of petitioner to be admitted to bail, and the writ may issue forthwith. Case is consolidated with *Woodson* v. *Mullen, Warden,* No. 76-64 M. P.

The petitioner is ordered to file his brief on or before April 10, 1976, and the respondent is directed to file his brief, in answer thereto, by April 30, 1976 and case is placed on the May, 1976 calendar for oral argument. *Lovett & Linder, Ltd., Raul L. Lovett, Richard Bruce Feinstein,* for petitioner. *Julius C. Michaelson,* Attorney General, *Gregory L. Benik,* Special Asst. Attorney General, for respondent.

M. P. No. 76-103. DONALD SEPE *v.* JAMES W. MULLEN, *Warden.* Petition for writ of habeas corpus is granted for hearing on right of petitioner to be admitted to bail, and the writ may issue forthwith. Case is consolidated with *Woodson* v. *Mullen, Warden,* No. 76-64-M. P.

The petitioner is ordered to file his brief on or before April 10, 1976, and the respondent is directed to file his brief, in answer thereto, by April 30, 1976 and case is placed on the May, 1976 calendar for oral argument. *Edward John Mulligan,* for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.

Appeal No. 73-275. ADELE CASTELLUCCI *v.* EUGENE CASTELLUCCI. Motion of petitioner for reargument is denied. Doris, J. not participating. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for petitioner. *Joseph E. Marran, Jr.,* for respondent.